# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

PIANGE JACKSON,

    Plaintiff,

vs.

ARGOSY UNIVERSITY, *et al.*,

    Defendants.

2:14-cv-00166-APG-VCF

**ORDER**

Before the Court is Plaintiff's counsel's Motion to Withdraw as Counsel of Record. (#13).

IT IS HEREBY ORDERED that Plaintiff's counsel's Motion to Withdraw as Counsel of Record (#13) is GRANTED.

IT IS FURTHER ORDERED that a status hearing is scheduled for 10:00 a.m., August 4, 2014, in courtroom 3D, Lloyd D. George U.S. Courthouse, U.S. District Court, 333 Las Vegas Boulevard, Ste. 3005, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED that if by the status hearing plaintiff PiAnge Jackson has not retained new counsel, then plaintiff PiAnge Jackson must appear in person at the status hearing scheduled for August 4, 2014.

The court clerk is directed to change plaintiff's status to *pro se* and to mail a copy of this order to Plaintiff PiAnge Jackson at 3957 Alto Ave., Las Vegas, Nevada 89125.

DATED this 14th day of July, 2014.

                                                                  CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE